UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINCY C. VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-2566-JAR |
| ) | |
| THOMAS GULLETT, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the Missouri Attorney General's Office filing of the last known address for defendant Thomas Gullett. ECF No. 41. Because plaintiff Quincy C. Vaughn is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in docket number 41. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Thomas Gullett in his individual capacity at the address provided in docket number 41.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 17th day of September, 2020.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE