RECEIVED
MAY 09 2022
BY MAIL

Mr. Linhares,                                5/4/22

I am the plaintiff in cause No. ~~4:19-CV-02566-JAR~~ and Cause No. 4:21-CV-00718-HEA (Vaughn v. Gullett) (Vaughn v. Wallace)

I recieved documents from the defendants on 5/1/22 which consisted of two manilla envelopes. I don't know what ~~pap~~ the documents were about because I was involved in a physical altercation with my cell mate minutes later, and our entire floor was covered in toilet water which

destroyed the documents. I am respectfully asking the court to send me another copy of both documents. Your help in this matter would highly be appreciated.

Thanks

Quincy Vaughn

Quincy Vaughn #1089928
Southeast Correctional Center
300 E. Pedro Simmons Drive
Charleston Missouri 63834-1347

SAINT LOUIS MO 630
7 MAY 2022 PM 9 L



This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

LEGAL MAIL !!!

Gregory Linhares
US Dis Eastern Court
111 S. 10th Street
Saint Louis Missouri, 63102

RECEIVED
MAY 09 2022
BY MAIL

HU#1

63102-112599