From: Quincy Vaughn #1081748
To: Gregory Linhares
Date: 5/31/22
Re: Cause No. 4:19-CV-02566-JAR / Vaughn v. Gullett

RECEIVED
JUN 01 2022
BY MAIL

Mr. Linhares,

I am the plaintiff in the above cause No. I am requesting a dockett sheet.

Also, I am requesting the court enter a judgement of default against the portion of the law suit concerning Travis Pacheco who is no longer being represented by the attorney's Generals office, and has refused all orders from the court to respond to plaintiffs claims. Therefore, plaintiff request summary judgement to be awarded to him, and he request the court order the Attorney Generals office to pay whatever is ordered ~~from~~ by the court; even damages awarded ~~as if~~ as a result of Travis Pacheco's action in this case, (See Dixon v. Holden, 973 S.W.2d 370) and the legal expense fund

Thanks

Quincy Vaughn

Quincy Washington 1068476
Southeast Correctional Center
300 E. Pedro Simmons Dr.
Charleston, Missouri 63834-1347

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

LEGAL MAIL!!

SAINT LOUIS MO 630
27 MAY 2022 PM 2 L

RECEIVED
JUN 01 2022
BY MAIL

Gregory Linhares
U.S. Dis. Courthouse
Eastern Dis. Of Missouri
111 S. 10th Street
Saint Louis Missouri 63102

63102-112894