# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| QUINCY C. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:19-cv-02566-JAR |
| v. | ) |
| | ) |
| THOMAS GULLETT, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT TRAVIS PACHECO'S SUPPLEMENTAL STATEMENT OF UNCONTROVERTED MATERIAL FACTS

Pursuant to Fed. R. Civ. P. 56 and this Court's Order (Doc. #202), Defendant Travis Pacheco and sets forth his Supplemental Statement of Uncontroverted Material Facts to Thomas Gullett and Tyler Weir set forth their Statement of Uncontroverted Material Facts (Doc. #173):

28. During September 2018, Defendant Travis Pacheco was employed as a Corrections Officer at ERDCC. (Deposition of Travis Pacheco in the matter of Rico *Paul v. Travis Pacheco*, No 4:18-CV-02057-SRC, attached hereto as Exhibit E at 8:2-20).

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/ Kelli J. Reichert
Kelli J. Reichert, #73910

                      Assistant Attorney General
                      P.O. Box 899
                      Jefferson City, MO 65102
                      Telephone: (573) 751-8275
                      Fax: (573)-751-9456
                      Email: Kelli.Reichert@ago.mo.gov
                      *Attorney for Defendants Gullett and Weir*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2022, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system, and that I caused a true and correct copy to be placed in the United States mail, postage prepaid, and addressed to:

Quincy C. Vaughn # 1081978

Southeast Correctional Center
300 East Pedro Simmons Drive
Charleston, MO 63834

                      /s/ Kelli J. Reichert
                      Kelli J. Reichert
                      Assistant Attorney General